EXHIBIT A



