EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-714-067

**Effective date of
registration:**

October 22, 2007

---

## Title

| | |
|---|---|
| **Title of Work:** | PAR-3059R |
| **Nature of Work:** | JEWELRY DESIGN |

## Completion/ Publication

| | |
|---|---|
| **Year of Completion:** | 2006 |
| **Date of 1st Publication:** | December 1, 2006 |

**Nation of 1st Publication:** United States

## Author

| | |
|---|---|
| ■ **Author:** | BARRY NISGURETSKY |
| **Author Created:** | JEWELRY DESIGN |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Year Born:** | 1966 |
| **Anonymous:** | No |

**Pseudonymous:** No

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | BARRY NISGURETSKY |
| | c/o Verragio, 132 W. 36 ST., 8TH FLOOR, NEW YORK, NY, 10018 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | BARRY NIGURETSKY |
| **Date:** | December 1, 2006 |

---