EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VAu 996-693**

**Effective date of registration:**

June 9, 2008

---

## Title
- **Title of Work:** INS-7001
- **Nature of Work:** Jewelry Design

## Completion/Publication
- **Year of Completion:** 2008

## Author
- **Author:** Barry Nisguretsky
- **Author Created:** Jewelry design
- **Work made for hire:** No
- **Citizen of:** United States
- **Year Born:** 1966
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright claimant
- **Copyright Claimant:** Barry Nisguretsky
  c/o Verragio, 132 W. 36th St, 8th Floor, New York, NY 10018

## Limitation of copyright claim
- **Previously registered:** No

## Certification
- **Name:** Barry Nisguretsky
- **Date:** June 12, 2008