EXHIBIT D







Exhibit D, Page 17