TUCKER ELLIS LLP
Howard A. Kroll - SBN 100981
howard.kroll@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:     213.430.3400
Facsimile:      213.430.3409

Attorneys for Plaintiff
VERRAGIO, LTD.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERRAGIO, LTD.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KARIN APRAHAMIAN fka KARIN BABAPILAVIAN dba KARIN'S COLLECTIONS,<br><br>　　　　Defendant. | Case No. 2:19-cv-00885-PSG-GJSx<br><br>**PROOF OF SERVICE** |

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> TUCKER ELLIS LLP <br> Howard A. Kroll, Esq. (SBN 100981) <br> 515 South Flower Street, Forty-Second Floor <br> Los Angeles, California 90071-2223 <br> TELEPHONE NO.: (213) 430-3400    FAX NO. *(Optional)*: (213) 430-3409 <br> E-MAIL ADDRESS *(Optional)*: howard.kroll@tuckerellis.com <br> ATTORNEY FOR *(Name)*: Plaintiff VERRAGIO, LTD. | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF [USDC] <br> STREET ADDRESS: <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: <br> BRANCH NAME: CENTRAL DISTRICT | |

| PLAINTIFF/PETITIONER: VERRAGIO, LTD. <br><br> DEFENDANT/RESPONDENT: KARIN APRAHAMIAN, etc. | CASE NUMBER: <br> 2:19-cv-885-PSG-GJSx |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 1673127KQ |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✓ summons
   b. ✓ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ✓ other *(specify documents)*: Civil Cover Sheet; Certification and Notice of Interested Parties; Corporate Disclosure Statement; Report on the Filing or Determination of an Action or Appeal Regarding a Copyright; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Standing Order Regarding Newly Assigned Cases
3. a. Party served *(specify name of party as shown on documents served)*:
   KARIN APRAHAMIAN fka KARIN BABAPILAVIAN dba KARIN'S COLLECTION

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   3220 Altura Avenue, Glendale, California 91214
5. I served the party *(check proper box)*
   a. ✓ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 02/17/2019    (2) at *(time)*: 11:05 a.m.
   b. ☐ **by substituted service.** On *(date)*:        at *(time)*:        I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:        from *(city)*:        or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 <br> American LegalNet, Inc. <br> www.FormsWorkflow.com |

| PLAINTIFF/PETITIONER: VERRAGIO, LTD. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: KARIN APRAHAMIAN, etc. | 2:19-cv-885-PSG-GJSx |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:    (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* KARIN APRAHAMIAN fka KARIN BABAPILAVIAN dba KARIN'S COLLECTION
   under the following Code of Civil Procedure section:
   
   ☐ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)      ☐ 415.46 (occupant)
        ☑ other: FRCP 4(e)(2)(A)

7. **Person who served papers**
   a. Name: Vartan Demirjyan, Ace Attorney Service, Inc.
   b. Address: 811 Wilshire Boulevard, Suite 900, Los Angeles, California 90017
   c. Telephone number: (213) 623-3979
   d. **The fee** for service was: $
   e. I am:
   
   (1) ☐ not a registered California process server.
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☑ a registered California process server:
       (i) ☐ owner ☑ employee ☐ independent contractor.
       (ii) Registration No.: 5576
       (iii) County: LOS ANGELES

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: February 22, 2019

VARTAN DEMIRJYAN      ▶ *[signature]*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)      (SIGNATURE)